**DISMISS; and Opinion Filed August 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01026-CV

## IN RE REGINALD NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F00-50025-K**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Before the Court is relator's petition for writ of mandamus naming his appellate counsel as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over relator's attorney. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131026F.P05